

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2015

No. 04-15-00678-CV

**IN RE N.M.,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-02354
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to January 4, 2016. **"NO MORE EXTENSIONS OF TIME WILL BE ALLOWED."**

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2015.

_____
Keith E. Hottle
Clerk of Court